# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JAMES C. MCMILLIAN, JR.**                                **PLAINTIFF**

v.                          No. 2:22-cv-231-DPM

**ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS**                      **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. McMillian hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2023