IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JAMES C. MCMILLIAN, JR.                                            PLAINTIFF

v.                          No. 2:22-cv-231-DPM

ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS                              DEFENDANTS

## JUDGMENT

McMillian's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 January 2023